Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 05-03613-5-JRL
Judge: J. RICH LEONARD
Dated: December 04, 2009

In Re:

WADIS KEITH BUTLER                CHRISTEEN ELESE BARBOUR BUTLER
1906 KELLY GLEN DRIVE
APEX, NC  27502

SSN (1): XXX-XX-4904              SSN (2): XXX-XX-1990

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court.  If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee, the debtor(s) and counsel for the debtor(s). If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.

1. The case was filed on August 30, 2005 and confirmed on November 17, 2005.
   The case was subsequently Completed (J) on November 23, 2009.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $26,550.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HOME DEPOT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $17,303.02 | $2,544.34 | $0.00 | $14,758.68 |
| PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | $3,379.03 | $496.87 | $0.00 | $2,882.16 |
| DURHAM ANESTHESIA ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CLIENT SERVICES, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HUTCHENS, SENTER & BRITTON, P.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | UNSECURED | $5,142.06 | $756.12 | $0.00 | $4,385.94 |
| WFNNB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | $156.11 | $22.95 | $0.00 | $133.16 |
| UNITED STATES ATTORNEY | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CENTERONE FINANCIAL SERVICES | UNSECURED | $837.39 | $123.14 | $0.00 | $714.25 |
| MITSUBISHI MOTORS CREDIT | DIRECT | $8,433.00 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| IMPERIAL FAMILY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| RICHARD DEJANA & ASSOCIATES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ECMC | UNSECURED | $3,204.89 | $471.27 | $0.00 | $2,733.62 |
| SCHOTTEN | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ABSOLUTE COLLECTION | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| DURHAM REGIONAL HOSPITAL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING LLC, | UNSECURED | $2,903.26 | $426.90 | $0.00 | $2,476.36 |
| PRACTICE MANAGEMENT SERVICES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DURHAM REGIONAL HOSPITAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| FHA**EASTERN | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GE MONEY BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| STATE DIRECTOR | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MITSUBISHI MOTORS CREDIT | ARREARS MORTGAGES/MOBILE HOMES | $1,994.61 | $1,994.61 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| NATIONAL CITY MORTGAGE CO. | ARREARS MORTGAGES/MOBILE HOMES | $3,111.78 | $3,111.78 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CENTERONE FINANCIAL SERVICES | SECURED | $10,650.00 | $10,650.00 | $1,841.27 | $0.00 |
| NATIONAL CITY MORTGAGE CO. | DIRECT | $141,362.18 | $0.00 | $0.00 | $0.00 |
| UNITED STATES ATTORNEY | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| MIDCOASTER | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| TARGET | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| TARGET | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| IC SYSTEM, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WAKE MEDICAL CENTER | UNSECURED | $295.73 | $43.49 | $0.00 | $252.24 |
| SMITH, DEBNAM, NARRON, WYCHE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| RISK MANAGEMENT ALTERNATIVE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

4. Summary of disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $165,551.57 | $0.00 | $33,221.49 | $0.00 | $198,773.06 |
| **Principal Paid** | $15,756.39 | $0.00 | $4,885.08 | $0.00 | $20,641.47 |
| **Interest Paid** | $1,841.27 | $0.00 | $0.00 | $0.00 | $1,841.27 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $1,600.00 and was paid $1,600.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $1,053.63 for expenses and $1,053.63 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $360.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc: WADIS KEITH BUTLER
    and CHRISTEEN ELESE BARBOUR BUTLER

JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS RD.
RALEIGH, NC 27615

Dated: December 04, 2009

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: WADIS KEITH BUTLER                                             CASE NUMBER: 0503613
DEBTOR 2 NAME: CHRISTEEN ELESE BARBOUR BUTLER

I  _____Robert J Wallace, Jr._____  certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  _12/07/2009_  :

By First Class Mail :

ABSOLUTE COLLECTION, 333 FAYETTEVILLE ST. MALL, SUITE 1100, RALEIGH, NC  27601 -
CENTERONE FINANCIAL SERVICES, PO BOX 91060, MOBILE, AL  36691, -
CLIENT SERVICES, INC., 3451 HARRY S. TRUMAN BLVD., SAINT CHARLES, MO  63301, -
DURHAM ANESTHESIA ASSOCIATES, PO BOX 15609, DURHAM, NC  27704, -
DURHAM REGIONAL HOSPITAL, AND EMERGENCY MEDICAL SERVICE, 402 STADIUM DRIVE, DURHAM, NC  27704 -
DURHAM REGIONAL HOSPITAL, PO BOX 751274, CHARLOTTE, NC  28275, -
ECAST SETTLEMENT CORPORATION, P. O. BOX 35480, NEWARK, NJ  07193-5480, -
ECMC, ATTN:  MANAGER OR REG. AGENT, PO BOX 8809, RICHMOND, VA  23225 -
FHA**EASTERN, DEPT OF HUD, 2306 WEST MEADOWVIEW ROAD, GREENSBORO, NC  27407-3707 -
GE MONEY BANK, POST OFFICE BOX 6150, RAPID CITY,, SE  57709-6150, -
HOME DEPOT, ATTN:  MANAGER OR REG. AGENT, PO BOX 653000, DALLAS, TX  75265-3000 -
HUTCHENS, SENTER & BRITTON, P.A., BANKRUPTCY DEPARTMENT, PO BOX 2505, FAYETTEVILLE, NC  28302 -
IC SYSTEM, INC., 444 HIGHWAY 96 EAST, PO BOX 64437, ST. PAUL, MN  55164-0437 -
IMPERIAL FAMILY, 4309 EMPEROR BLVD. SUITE 125, DURHAM, NC  27703, -
INTERNAL REVENUE SERVICE, ATTN:  MANAGER OR REG. AGENT, PO BOX 21125, PHILADELPHIA, PA  19114 -
JOHN T. ORCUTT, ATTORNEY AT LAW, 6616-203 SIX FORKS RD., RALEIGH, NC  27615 -
LVNV FUNDING LLC,, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587 -
MIDCOASTER, 1926 1OTH AVENUE, LAKE WORTH, FL  33461, -
MITSUBISHI MOTORS CREDIT, OF AMERICA, INC., PO BOX 9940, MOBILE, AL  36691 -
NATIONAL CITY MORTGAGE CO., 3232 NEWMARK DRIVE, MIAMISBURG, OH  45342, -
PORTFOLIO RECOVERY ASSOCIATES, PO BOX 12914, NORFOLK, VA  23541, -
PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA  23541, -
PRACTICE MANAGMENT SERVICES, PO BOX 15883, DURHAM, NC  27704, -
RICHARD DEJANA & ASSOCIATES, 126 N MERIDIAN ROAD, KALISPELL, MT  59901, -
RISK MANAGEMENT ALTERNATIVE, ATTN:  MANAGER OR REG. AGENT, PO BOX 105291, ATLANTA, GA  30348-5291 -
SCHOTTEN, PO BOX 182273, COLUMBUS, OH  43218-2273, -
SMITH, DEBNAM, NARRON, WYCHE, SAINTSING, & MYERS, LLP, PO BOX 26268, RALEIGH, NC  27611 -
STATE DIRECTOR, FARMERS HOME ADMINISTRATION, 310 NEW BERN AVENUE, RM 525, RALEIGH, NC  27611 -
TARGET, PO BOX 1581, MINNEAPOLIS, MN  55440, -
TARGET, RETAILERS NATIONAL BANK, PO BOX 1581, MINNEAPOLIS, MN  55440-1581 -
UNITED STATES ATTORNEY, 310 NEW BERN AVENUE, RALEIGH, NC  27601-1461, -
WADIS KEITH BUTLER, CHRISTEEN ELESE BARBOUR BUTLER, 1906 KELLY GLEN DRIVE, APEX, NC  27502 -
WAKE MEDICAL CENTER, ATTN:  MANAGING AGENT, PO BOX 14465, RALEIGH, NC  27620 -
WFNNB, POST OFFICE BOX 182124, COLUMBUS, OH  43218-2124, -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  _12/07/2009_           Signature:  _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134